# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Perini Construction, Inc.
**Plaintiff**

vs.                                                   **S U M M O N S**

                                          **CIVIL ACTION NO. [Case No.]**
**General Electric Capital Corporation**           **MJG-03-CV-934**
**Defendant**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

> **Gordon Simmons, LLC**
> **131 West Patrick Street**
> **Frederick, Maryland 21701**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

**FELICIA C. CANNON, CLERK**

By: _____
**Deputy Clerk**

DATE: _____4/4/03_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Perini Construction, Inc.
### Plaintiff

vs.                                                    **S U M M O N S**

**CIVIL ACTION NO. [Case No.]**

Denis J. Nayden                                        **MJG-03-CV-934**
### Defendant

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

> **Gordon Simmons, LLC**
> **131 West Patrick Street**
> **Frederick, Maryland 21701**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

**FELICIA C. CANNON, CLERK**

By:  _____
**Deputy Clerk**

DATE: _____4/04/03_____

U.S. District Court (11/1999) - Summons

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Perini Construction, Inc.

         **Plaintiff**

  **vs.**

Dennis D. Dammerman

        **Defendant**

**S U M M O N S**

**CIVIL ACTION NO. [Case No.]**
**MJG-03-CV-934**

## TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

        **Gordon Simmons, LLC**
        **131 West Patrick Street**
        **Frederick, Maryland 21701**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

        Sincerely,

        **FELICIA C. CANNON, CLERK**

        **By:** _____
                **Deputy Clerk**

**DATE:** ___4/4/03___

U.S. District Court (11/1999) - Summons

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Perini Construction, Inc.
             **Plaintiff**

vs.                                                    **S U M M O N S**

                                    **CIVIL ACTION NO. [Case No.]**
Edward D. Stewart                          **MJG-03-CV-934**
             **Defendant**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose

address is:

                    **Gordon Simmons, LLC**
                    **131 West Patrick Street**
                    **Frederick, Maryland 21701**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the date of service. If you fail to do so, judgment by

default will be taken against you for the relief demanded in the complaint.

                    Sincerely,

                    **FELICIA C. CANNON, CLERK**

                    **By:** _____
                          **Deputy Clerk**

**DATE:** ___4/4/03___

U.S. District Court (11/1999) - Summons

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND


Perini Construction, Inc.
          **Plaintiff**

          **vs.**                                              **S U M M O N S**

                                                      **CIVIL ACTION NO. [Case No.]**
James A. Parke                                             **MJG-03-CV-934**
              **Defendant**


**TO THE ABOVE NAMED DEFENDANT:**

          You are hereby summoned and required to serve upon Plaintiff's Attorney, whose

address is:

                    **Gordon Simmons, LLC**
                    **131 West Patrick Street**
                    **Frederick, Maryland 21701**


an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by

default will be taken against you for the relief demanded in the complaint.

                              Sincerely,

                              **FELICIA C. CANNON, CLERK**


                    **By:** _____
                              **Deputy Clerk**

**DATE:** ___4/4/03___

U.S. District Court (11/1999) - Summons